UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICKEY LOUIS ALFORD, ) ) Petitioner, ) ) v. ) ) CAL. DEPT OF CORR., et al., ) ) Respondents. ) ) | Case No. CV 11-2484-MMM(AJW) JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Date: April 25, 2011

_____
Margaret M. Morrow
United States District Judge